# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| SOUTHWESTERN ENERGY PRODUCTION COMPANY | : No. 139 MAL 2014 |
| | : |
| | : Petition for Allowance of Appeal from the |
| v. | : Order of the Superior Court |
| | : |
| FOREST RESOURCES, LLC, KOCJANCIC FAMILY LIMITED PARTNERSHIP, HAROLD H. WOLFINGER, JR., ULTRA RESOURCES, INC., JACKSON CORNERS SPORTSMEN, INC., NORTHERN FORESTS II, INC., WEVCO PRODUCTION, INC. AND ANADARKO PETROLEUM CORPORATION, LP A/K/A ANADARKO PETROLEUM CORPORATION | : |
| INTERNATIONAL DEVELOPMENT CORPORATION AND TRUSTEES OF THE THOMAS E. PROCTOR HEIRS TRUST DATED OCTOBER 28, 1980 | : |
| | : |
| TRUSTEES OF THE THOMAS E. PROCTOR HEIRS TRUST | : |
| | : |
| v. | : |
| | : |
| FOREST RESOURCES, LLC, KOCJANCIC FAMILY LIMITED PARTNERSHIP, HAROLD H. WOLFINGER, JR., ULTRA RESOURCES, INC., JACKSON CORNERS SPORTSMEN, INC., NORTHERN FORESTS II, INC., AND INTERNATIONAL DEVELOPMENT CORPORATION | : |
| TRUSTEES OF THE THOMAS E. PROCTOR HEIRS TRUST | : |
| v. | : |
| | : |
| SOUTHWESTERN ENERGY PRODUCTION COMPANY AND LANCASTER EXPLORATION & DEVELOPMENT CO., LLC, | : |

v. :
:
TRUSTEES OF THE MARGARET O. F. :
PROCTOR TRUST :
:
PETITION OF: SOUTHWESTERN :
ENERGY PRODUCTION COMPANY :
:
:
:
:
:
:
:
:
:
:
:
:
:

SOUTHWESTERN ENERGY : No. 140 MAL 2014
PRODUCTION COMPANY :
: Petition for Allowance of Appeal from the
v. : Order of the Superior Court
:
FOREST RESOURCES, LLC, :
KOCJANCIC FAMILY LIMITED :
PARTNERSHIP, HAROLD H. :
WOLFINGER, JR., ULTRA :
RESOURCES, INC., JACKSON :
CORNERS SPORTSMEN, INC., :
NORTHERN FORESTS II, INC., WEVCO :
PRODUCTION, INC. AND ANADARKO :
PETROLEUM CORPORATION, LP A/K/A :
ANADARKO PETROLEUM :
CORPORATION :
INTERNATIONAL DEVELOPMENT :
CORPORATION AND TRUSTEES OF THE :
THOMAS E. PROCTOR HEIRS TRUST DATED :
OCTOBER 28, 1980 :
TRUSTEES OF THE THOMAS E. PROCTOR :
HEIRS TRUST :
:
v. :
:
:
FOREST RESOURCES, LLC, :
KOCJANCIC FAMILY LIMITED :

PARTNERSHIP, HAROLD H. WOLFINGER, JR., ULTRA RESOURCES, INC., JACKSON CORNERS SPORTSMEN, INC., NORTHERN FORESTS II, INC., AND INTERNATIONAL DEVELOPMENT CORPORATION

TRUSTEES OF THE THOMAS E. PROCTOR HEIRS TRUST

       v.

SOUTHWESTERN ENERGY PRODUCTION COMPANY AND LANCASTER EXPLORATION & DEVELOPMENT CO., LLC,

       v.

TRUSTEES OF THE MARGARET O. F. PROCTOR TRUST

PETITION OF: SOUTHWESTERN ENERGY PRODUCTION COMPANY

: : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : :

## ORDER

**PER CURIAM**

      **AND NOW**, this 30th day of July, 2014, the Petition for Allowance of Appeal is **DENIED**.